MARK S. POSARD (SBN: 208790)
RACHEL J. MOROSKI (SBN: 286805)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
PET SUPERMARKET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MOORE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>PET SUPERMARKET, INC., a Florida Corporation, and Does 1 through 20, inclusive<br><br>　　　　　　　Defendants. | CASE NO. 2:13cv01478-LKK-DAD<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME** |

　　　　Good cause therefore appearing, Defendant's Request for Extension of Time to File a Status Report is hereby GRANTED. Defendant shall file a Status Report on or before September 30, 2013.

　　　　IT IS SO ORDERED.

　　　　DATED: September 24, 2013

　　　　　　　　　　　　　　　　　　　　　　／s／ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

-1-