MARK S. POSARD  (SBN: 208790)
RACHEL J. MOROSKI  (SBN: 286805)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
PET SUPERMARKET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MOORE,<br><br>            Plaintiff,<br><br>    vs.<br><br>PET SUPERMARKET, INC., a Florida Corporation, and Does 1 through 20, inclusive<br><br>            Defendants. | CASE NO.  2:13cv01478-LKK-DAD<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME** |

Good cause therefore appearing, Defendant's Request for Extension of Time to File a Status Report is hereby GRANTED.  Defendant shall file a Status Report on or before September 30, 2013.

IT IS SO ORDERED.

DATED:  September 24, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-