UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>PET SUPERMARKET, INC., a Florida Corporation, and DOES 1 through 20, inclusive,<br><br>        Defendants. | No. 2:13-cv-1478 LKK DAD<br><br>**ORDER** |

Each of the parties in the above-captioned case has consented to proceed before a United States Magistrate Judge. See U.S.C. § 636(c). According to Local Rule 305, both the district court assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS ORDERED that any hearing dates currently set before the undersigned are **VACATED**.

1

1    IT IS FURTHER ORDERED that the Clerk of the Court reassign
2 this case to the Honorable Dale A. Drozd, United States
3 Magistrate Judge. All future documents filed in the above-
4 captioned case shall reference the following case number: No.
5 2:13-cv-1478 DAD.

6    DATED: October 2, 2013.

                            /s/Lawrence K. Karlton
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

   Having also reviewed the file, I accept reference of this
case for all further proceedings and entry of final judgment.

Dated:  October 2, 2013

                            _____
                            DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE


Ddad1\orders.consent\moore1478.consent.docx

2