1 | **SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
2 | **BRYANT WHITTEN, LLP**
8050 NORTH PALM AVENUE, SUITE 210
3 | FRESNO, CALIFORNIA 93711
(559) 494-4910 TELEPHONE
4 | (559) 421-0369 FACSIMILE

Attorney for Plaintiff, DARRELL MOORE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MOORE | No. 2:13-cv-01478 DAD |
| Plaintiff, | **AMENDED JOINT STIPULATION AND ORDER MOVING THE SCHEDULING CONFERENCE** |
| vs. | |
| PET SUPERMARKET, INC., a Florida Corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |

Plaintiff Darrell Moore (Plaintiff) and Defendant Pet Supermarket, Inc. (Defendant), by and through their attorneys of record, hereby stipulate and agree that:

WHEREAS, Plaintiff filed the instant action in the United States District Court, Eastern District of California on July 23, 2013;

WHEREAS, Defendant appeared by filing an Answer on October 7, 2013;

WHEREAS, both parties filed forms consenting to the jurisdiction of the United States Magistrate Judge;

WHEREAS, the United State Magistrate Judge recently set a Scheduling Conference for December 20, 2013;

WHEREAS, Counsel for Plaintiff will be traveling outside of the United States on the date of the Scheduling Conference;

1  WHEREAS, Eastern District Local Rule 230(f), allows the parties with Court approval, to
2 stipulate to continue a hearing date;
3  IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendant
4 on the other, through their respective counsel of record, that the Scheduling Conference be
5 changed to January 24, 2014, at 10:00 a.m.  This minor change in scheduling will not alter the date
6 of any event or deadline already fixed by the Court.
7  IT IS SO STIPULATED.
8  Respectfully Submitted,
9 Dated:  October 14, 2013                    BRYANT WHITTEN, LLP

/s/
_____

SHELLEY G. BRYANT, Attorneys for Plaintiff,
DARRELL MOORE

Dated:  October 14, 2013                    GORDON & REES LLP

/s/
_____

MARK S. POSARD, Attorneys for Defendant,
PET SUPERMARKET, INC.

**ORDER**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the Scheduling Conference currently scheduled for December 20, 2013, at 10:00 a.m., in Courtroom 27, is continued to **January 24**, **2014**, at **10:00 a.m.**, in Courtroom 27.  Plaintiff shall file a status report on or before January 10, 2014.  Defendant shall file a status report on or before January 17, 2014.

Dated:  October 16, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\moore1478.stip.eot.doc