UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL MOORE,

        Plaintiff,

    v.

PET SUPERMARKET, INC.,

        Defendant.

No. 2:13-cv-1478 DAD

ORDER

        This matter is currently scheduled to come before the court on December 12, 2014 for a Final Pretrial Conference.[1] On November 19, 2014, defendant filed a motion to amend the scheduling order and continue the trial and all trial related dates and for an order shortening time. (Dkt. No. 30.)  That motion was noticed for hearing by defendant on the court's December 19, 2014 law and motion calendar.  However, defendant also requested an order shortening time in connection with their motion.

        Defendant's request to shorten time will be granted and defendant's motion to continue will now be heard at the time of the Final Pretrial Conference on December 12, 2014.  The parties' duty to timely file their Pretrial Statements and Joint Statement as set forth in Local Rule 281 and the court's January 24, 2014, Status (Pretrial Scheduling) Order, however, shall remain.

---

[1] The parties have consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c)(1).  (Dkt. No. 12.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an order shortening time is granted; and

2. Defendant's motion to amend (Dkt. No. 30) shall be heard at the time of the Final Pretrial Conference on December 12, 2014 at 9:30 a.m. in Courtroom 27.

Dated: November 21, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.consent\moore1478.ost.ord.docx

2