MARK S. POSARD (SBN 208790)
mposard@gordonrees.com
RACHEL J. MOROSKI (SBN 286805)
rmoroski@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
PET SUPERMARKET, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MOORE,<br><br>                    Plaintiff,<br><br>       vs.<br><br>PET SUPERMARKET, INC., a Florida Corporation, and Does 1 through 20, inclusive,<br><br>                    Defendants. | No. 2:13-cv-1478 DAD<br><br>STIPULATION AND ORDER TO CONTINUE |

**FOR GOOD CAUSE HEREIN, IT IS HEREBY STIPULATED** by the parties through their respective counsel that the trial date of February 2, 2015 be vacated and a new trial date be assigned for July 20, 2015 or as close to that date as possible. It is further stipulated by the parties through their respective counsel that the Final Pretrial Conference currently scheduled for December 12, 2014 be vacated and a new hearing date be assigned for May 29, 2015 or as close to that date as possible, based on the good cause set forth below:

WHEREAS trial is presently set in this matter for February 2, 2015; and

WHEREAS the Final Pretrial Conference is currently set for December 12, 2014; and

WHEREAS the parties have agreed to mediate this case with Judge Edward A. Infante (Ret.) on January 19, 2015;

-1-

1  WHEREAS the parties have met and conferred and agree to continue the trial date and Final Pretrial Conference date and have all pretrial dates flow from the new trial date;

IT IS HEREBY STIPULATED AND AGREED TO by the parties through their attorneys of record that the **February 2, 2015 trial date be vacated and a new trial date of July 20, 2015 be assigned.**

IT IS FURTHER STIPULATED AND AGREED TO by the parties through their attorneys of record that **the current Final Pretrial Conference date of December 12, 2014 be vacated and a new Final Pretrial Conference date of May 29, 2015 be assigned**.

All pretrial dates shall correspond with the new trial date.

The parties further agree that this stipulation may be executed in counterparts and executed facsimile copies will serve as originals.

Dated:  November 25, 2014              GORDON & REES LLP

                                       By:  */s/ Mark S. Posard*

                                       Mark S. Posard
                                       Rachel J. Moroski
                                       Attorneys for Defendant
                                       PET SUPERMARKET, INC.

Dated:  November 25, 2014              BRYANT WHITTEN, LLP

                                       By:  */s/ Shelley G. Bryant*

                                       Shelley G. Bryant
                                       Amanda B. Whitten
                                       Attorneys for Plaintiff
                                       DARRELL MOORE

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA  94111

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HERBY ORDERED that:

1. Defendant's November 19, 2014, motion to amend the scheduling order (Dkt. No. 30) is denied as having been rendered moot;

2. The February 2, 2015 trial date is continued to July 20, 2015 at 9:00 a.m.;

3. The December 12, 2014 Final Pretrial Conference is continued to May 29, 2015 at 1:30 p.m.

Dated: December 2, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
moore1478.stip.cont.ord.doc