**SHELLEY G. BRYANT - #222925**
**AMANDA B. WHITTEN - #251160**
**BRYANT WHITTEN, LLP**
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorney for Plaintiff, DARRELL MOORE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL MOORE,<br><br>    Plaintiff,<br><br>    vs.<br><br>PET SUPERMARKET, INC., a Florida Corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. 2:13-cv-01478 DAD<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2)** |

1

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) - AND [PROPOSED] ORDER - Case No. 2:13-CV-01478 DAD**

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, DARRELL MOORE, by and through his attorneys of record, and Defendant PET SUPERMARKET, INC., by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated:  February 12, 2015        BRYANT WHITTEN, LLP

/s/    Shelley G. Bryant
_____
SHELLEY G. BRYANT, Attorneys for Plaintiff,
DARRELL MOORE

Dated: February 12, 2015         GORDON & REES LLP

/s/    Rachel J. Moroski
_____
RACHEL J. MOROSKI, Attorneys for Defendants,
PET SUPERMARKET, INC.

**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) - AND [PROPOSED] ORDER - Case No. 2:13-CV-01478 DAD**

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: February 13, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent
moore1478.stip.dism.ord.doc